**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

In re:

     IRIS F MAPP                        Case No. 10-12412-RAG

                                      (Chapter 13)

     Debtor

\*        \*        \*        \*        \*        \*

## OBJECTION TO CONFIRMATION

     Ellen W. Cosby, Trustee, objects to confirmation of the plan proposed by the Debtor in this case because:

     1.     The Debtor has failed to commence plan payments as required by 11 U.S.C. §1326.  As of the date of this Objection, the payment default is $ 710.00, two (2) months.  The next payment comes due May 6, 2010.             .

     2.     Documented income averages $240.00 more each month than projected in the budget.  Given the significant additional income, the Debtor has failed to dedicate all disposable earnings to the plan.

     3.     The Trustee can not recommend confirmation as the Plan provides only a two (2) per cent dividend for unsecured creditors.

     4.     A current, executed Pre Confirmation Certificate must be filed.

**DEBTOR TAKE NOTICE:  If you wish your case to continue, you MUST attend your confirmation hearing scheduled for April 21, 2010 at 10:00 AM.  You MUST bring with you to the hearing a CASHIER'S CHECK OR MONEY ORDER to cover the payments due under your plan. DO NOT BRING A PERSONAL CHECK! If you believe plan payments have been made as due, then you must bring with you to the hearing a full documentation of the payments, including photocopies of the reverse side of each check/money order which show what date each payment was processed by the Trustee's bank.**

Dated:  April 16, 2010                   /s/  *Ellen W. Cosby*
                                      Ellen W. Cosby, Chapter 13 Trustee
                                      P.O. Box 20016
                                      Baltimore, MD 21284-0016
                                      (410) 825-5923
                                      Inquiries@ch13balt.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on <u>April 16, 2010 </u>copies of this Objection were delivered electronically through ECF to  ADAM M FREIMAN ESQ  and mailed by first-class mail, postage prepaid, to:


      IRIS F MAPP
      3120-C WHEATON WAY
      ELLICOTT CITY, MD 21043


                         /s/  *Ellen W. Cosby*
                         Ellen W. Cosby, Trustee